**Gary MANESS, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director Division of Corrections, Respondent-Appellee.**

No. 74–1538.

United States Court of Appeals, Fifth Circuit.

Sept. 2, 1975.

Albert G. Caruana, A.C.L.U. of Fla., Bennett H. Brummer, Asst. Public Defender, Miami, Fla., for petitioner-appellant.

J. Robert Olian, Asst. Atty. Gen., William L. Rogers, Asst. Atty. Gen., Miami, Fla., for respondent-appellee.

## ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, MORGAN, CLARK, RONEY and GEE, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing *en banc* and a majority of the judges in active service having voted in favor of granting a rehearing *en banc.*

It is ordered that the cause shall be reheard by the Court *en banc* on briefs without oral argument. The Clerk shall set a briefing schedule for the filing of supplemental briefs.